IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSIOPEIA IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1279 (RGA) |
| | ) |
| LENBROOK AMERICA CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cassiopeia IP LLC and Defendant Lenbrook America Corp. hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own costs and fees.

NAPOLI SHKOLNIK LLC

*/s/ David W. deBruin*

David W. deBruin (#4846)
919 North Market Street, Suite 1801
Wilmington, DE 19801-3003
(302) 330-8025

*Attorneys for Plaintiff Cassiopeia IP LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendant Lenbrook America Corp.*

March 31, 2023

SO ORDERED this  31  day of  March , 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE